**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Linda J. S., Christopher D. S.,

Of whom Christopher D. S. is the Appellant,

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2012-212653

Appeal From Greenville County
Alex Kinlaw, Jr., Family Court Judge

Unpublished Opinion No. 2013-UP-113
Submitted February 4, 2013 – Filed March 13, 2013

**AFFIRMED**

Richard W. Allen, of The Law Offices of Richard W. Allen, L.L.C., of Laurens, for Appellant.

Deborah Murdock, of Murdock Law Firm, LLC, of Mauldin; and Rebecca Rush Wray, of the South Carolina

Department of Social Services, of Greenville, for Respondent.

Robert Clark, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:** Christopher D. S. appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2012). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.